AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

BRIAN SCOTT COREA-SANCHEZ

**CRIMINAL COMPLAINT**

Case No. 3:21-mj- 1384-JRK

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 28, 2021, in Duval County, in the Middle District of Florida, the defendant,

> a citizen of Honduras and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about March 4, 2019, and on or about October 16, 2020,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant
Juan M. Hernandez

Sworn to before me and subscribed in my presence,

on August 11, 2021         at        Jacksonville, Florida

JAMES R. KLINDT
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CRIMINAL COMPLAINT AFFIDAVIT

I, Juan M. Hernandez, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Deportation Officer for ICE since 2015 and before that was an Immigration Enforcement Agent with ICE since 2009. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On August 2, 2021, your affiant received electronic correspondence from another Deportation Officer working at the Jacksonville ICE office stating that on July 28, 2021, an individual identified as BRIAN SCOTT COREA-SANCHEZ had been booked into the Duval County Pre-Trial Detention Center in Jacksonville, in the Middle District of Florida. According to the information provided by the jail, during the booking process COREA-SANCHEZ had stated that he was born in Honduras on a date in 1992. The Deportation Officer working at the Jacksonville ICE office ran immigration service computer checks for a person with COREA-SANCHEZ's name who was born in Honduras on the date of birth provided, and the computer checks showed no record that a citizen of Honduras with that name

and date of birth had ever been legally admitted into the United States. An ICE detainer for COREA-SANCHEZ was lodged with the jail.

3. On August 3, 2021, the Duval County jail notified your affiant that the local charges for COREA-SANCHEZ were resolved and that he was ready to be picked up on the ICE detainer. On the same date, COREA-SANCHEZ was transported to the Jacksonville ICE office for administrative processing.

4. During processing, your affiant entered COREA-SANCHEZ's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been entered into the database after having been encountered by immigration authorities. The system returned a match and reflected that COREA-SANCHEZ had been previously encountered and had been assigned Alien Registration numbers ("A-numbers"). Your affiant then conducted additional ICE computer checks using the A-numbers and the records reflected that COREA-SANCHEZ is a citizen of Honduras who has been previously deported or removed from the United States to Honduras on two occasions.

5. On August 5, 2021, your affiant reviewed documents from the consolidated Alien Registration file ("A-file") for COREA-SANCHEZ. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that COREA-SANCHEZ was previously deported or removed from the United States to Honduras on two occasions: on

March 4, 2019, through Harlingen, Texas, and on October 16, 2020, through Phoenix, Arizona. The A-file contained no record that COREA-SANCHEZ had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that BRIAN SCOTT COREA-SANCHEZ is a citizen of Honduras who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Juan M. Hernandez, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida